# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 29, 2015

### NO. 03-13-00726-CR

**Ex parte Garet Johnson**

**APPEAL FROM COUNTY COURT AT LAW NO. 6 OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order denying habeas relief entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order denying habeas relief. Therefore, the Court affirms the trial court's order denying habeas relief. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.